## VERIFICATION

I, John Doe, hereby verify that I have read the foregoing Complaint and verify that all of the facts set forth therein are true and correct to the best of my knowledge, information and belief. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 4/19/17

*John Doe*
John Doe