## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

|  |  |
|---|---|
| JOHN DOE, | : |
|  | : |
|  | : |
|  | : |
| Plaintiff, | :   **Civil Action No: 3:17-cv-298** |
|  | : |
| v. | : |
|  | : |
| UNIVERSITY OF NOTRE DAME, | : |
|  | : |
|  | : |
| Defendant. | : |

### UNOPPOSED MOTION FOR PERMISSION TO PROCEED
### UNDER A PSEUDONYM

For the reasons stated more fully in the accompanying Memorandum of Law in Support of Plaintiff John Doe's Motion for Permission to Proceed Under a Pseudonym, Plaintiff "John Doe" hereby moves this Court to allow him to pursue relief in the above-captioned matter anonymously.  This motion is unopposed.

Respectfully submitted,

/s/ Peter J. Agostino
Peter J. Agostino                              (#10765-71)
Stephanie L. Nemeth                       (#25721-71)
ANDERSON AGOSTINO & KELLER, P.C.
131 South Taylor Street
South Bend, IN 46601
Telephone:  (574) 288-1510
Facsimile: (574) 288-1650
Email: nemeth@aaklaw.com
Email: agostino@aaklaw.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a true and correct copy of the foregoing pleading, to be served upon counsel for Defendant Notre Dame University listed below by email and U.S. First Class Mail on April 20, 2017:

| | |
|---|---|
| Matthew Lahey, Esq.<br>Associate General Counsel<br>University of Notre Dame<br>203L Main Building<br>Notre Dame, IN 46556<br>mlahey@nd.edu<br>*Counsel for Defendant* | Damon R. Leichy, Esq.<br>Barnes & Thornburg<br>700 1st Source Bank Center<br>100 North Michigan<br>South Bend, IN 46601<br>Damon.leichty@btlaw.com<br>*Counsel for Defendant* |

/s/ Peter J. Agostino
Peter J. Agostino