## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA – SOUTH BEND DIVISION

|  |  |
|---|---|
| JOHN DOE, | : |
|  | : |
|  | : |
|  | : |
| Plaintiff, | :   **Civil Action No:3:17-cv-298** |
|  | : |
| v. | : |
|  | : |
| NOTRE DAME UNIVERSITY, | : |
|  | : |
|  | : |
| Defendant. | : |

### PLAINTIFF'S CORRECTED MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION PURSUANT TO FED. R. CIV. P. 65

Plaintiff John Doe hereby moves this Honorable Court pursuant to Federal Rule of Civil Procedure 65 for an Order temporarily restraining and preliminarily enjoining Defendant University of Notre Dame for the reasons set forth in the attached Memorandum of Law, and as set forth in the attached proposed order.

Counsel for Plaintiff has notified Defendant of Plaintiff's intent to file this Motion today and has provided it with a copy of the Verified Complaint, this Motion, and the Brief in Support of the Motion for Temporary Restraining Order and Preliminary Injunction on April 20, 2017. In support of his Motion, Plaintiff incorporates by reference his Verified Complaint and his Brief in Support, filed herewith.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant his Motion for a Temporary Restraining Order and Preliminary Injunction as outlined in the attached proposed order, and for such other relief as the Court finds just and proper.

Respectfully submitted,

/s/ Peter J. Agostino

Peter J. Agostino                          (#10765-71)
Stephanie L. Nemeth                     (#25721-71)
ANDERSON AGOSTINO & KELLER, P.C.
131 South Taylor Street
South Bend, IN 46601
Telephone:  (574) 288-1510
Facsimile: (574) 288-1650
Email: nemeth@aaklaw.com
Email: agostino@aaklaw.com

*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing pleading, to be

served upon counsel for Defendant Notre Dame University listed below by email and U.S. First

Class Mail on April 20, 2017:

| | |
|---|---|
| Matthew Lahey, Esq.<br>Associate General Counsel<br>University of Notre Dame<br>203L Main Building<br>Notre Dame, IN 46556<br>mlahey@nd.edu<br>*Counsel for Defendant* | Damon R. Leichy, Esq.<br>Barnes & Thornburg<br>700 1st Source Bank Center<br>100 North Michigan<br>South Bend, IN 46601<br>Damon.leichty@btlaw.com<br>*Counsel for Defendant* |

/s/ Peter J. Agostino
Peter J. Agostino