UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  3:17-CV-298 JD |
| | ) | |
| NOTRE DAME UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER OF RECUSAL

The undersigned hereby recuses himself from this case.  Pursuant to 28 U.S.C. §455(a) and Northern District of Indiana Local Rule 40-1(f)(2)(A), the Clerk of the Court is directed to randomly reassign this case to another district judge in the South Bend Division.

SO ORDERED.

ENTERED: April 20, 2017


　　　　　　　　　　　　　　　　　　　/s/ JON E. DEGUILIO
　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　United States District Court