UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:17-cv-00298 |
| ) | |
| NOTRE DAME UNIVERSITY, ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION TO MAINTAIN UNIVERSITY RECORDS UNDER SEAL**

Pursuant to the Federal Rule of Civil Procedure 5.2(d) and the Local Rule 5-3 for the United States District Court for the Northern District of Indiana, and with the consent of Plaintiff, Defendant University of Notre Dame ("University") hereby requests the Court to grant leave to file and maintain under seal certain unredacted University records included as exhibits to its opposition to Plaintiff's motion for temporary restraining order and preliminary injunction. The reasons for granting the instant motion are outlined in the contemporaneously filed brief.

WHEREFORE, Defendant respectfully requests the Court issue an order granting it leave to file and maintain under seal the unredacted University records and granting all other just relief appropriate under the circumstances.

Dated: April 25, 2017

_s/ Damon R. Leichty_
Damon R. Leichty
Kelly J. Hartzler
Eileen S. Pruitt
BARNES & THORNBURG LLP
100 1st Source Bank Center
100 North Michigan Street
South Bend, IN 46601-1632
Telephone:  (574) 233-1171
Email: dleichty@btlaw.com.
khartzler@btlaw.com
epruitt@btlaw.com

*Attorneys for Defendant Notre Dame University*

## **CERTIFICATE OF SERVICE**

I certify that on April 25, 2017, a copy of the foregoing document was filed electronically and notice of this filing was sent to all CM/ECF-registered counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_s/ Damon R. Leichty_