UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:17-cv-00298 |
| | ) |
| NOTRE DAME UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION TO MAINTAIN INTERESTED PARTY
RECORDS UNDER SEAL**

Pursuant to the Federal Rule of Civil Procedure 5.2(d) and the Local Rule 5-3 for the United States District Court for the Northern District of Indiana, interested party Jane Roe ("Ms. Roe"), by and through undersigned counsel of record, and with the consent of Plaintiff John Doe and Defendants The University of Notre Dame, hereby requests the Court to Order that any records subpoenaed from Ms. Roe by either captioned party to this action by held, filed, and maintained under permanent seal and be protected by the aegis of the agreed protective order filed by the parties on April 26, 2017, including the text messages which Plaintiff has subpoenaed from both the Defendants and Ms. Roe, as well as any other document or exhibit containing Ms. Roe's personal or academic information, or which may be used to identify Ms. Roe to the media.  The reasons for granting this motion are set forth in the brief filed with this motion.

1

WHEREFORE, Ms. Roe respectfully requests that the Court issue an Order requiring the parties to file any of the above described records under seal, and Ordering that such records be maintained under seal indefinitely.

Dated April 27, 2017

        Respectfully submitted,

        ___/s Benjamin M. Blatt_____
        BENJAMIN M. BLATT
        Attorney #: 28472-71
        813 Berlin Avenue
        Mishawaka, IN 46544
        Telephone: (574) 360-4039
        Bblatt11@gmail.com

        *Attorney for interested party Jane Roe*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion was filed electronically in the Court's electronic filing system, and that by operation of same notice of the filing was sent to all CM/ECF registered counsel of record for the parties on this, the 27th day of April, 2017. This Motion is accessible to all parties via the Court's electronic filing system.

        ___/s Benjamin M. Blatt_____
        BENJAMIN M. BLATT, Attorney at Law
        Attorney #: 28472-71
        Telephone: (574) 360-4039
        Bblatt11@gmail.com