UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 3:17-cv-298 |
| ) | |
| NOTRE DAME UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT UNIVERSITY OF NOTRE DAME'S PARTIAL MOTION TO DISMISS**

The University of Notre Dame, pursuant to Federal Rule of Civil Procedure 12(b)(6), moves the Court to dismiss Counts II, III, V and VII of Mr. John Doe's complaint because Mr. Doe has failed to state a claim upon which relief can be granted. In support of this Motion, the University relies on its accompanying brief and states:

1. Counts II and III under the Americans with Disabilities Act of 1990 ("ADA") and Section 504 of the Rehabilitation Act of 1973 ("Rehabilitation Act"), whether based on actual or perceived disability, are not cognizable because Mr. Doe has not alleged (a) a disability that substantially limits a major life activity, (b) a causal connection between such a disability and adverse actions; or (c) a legally cognizable claim for reasonable accommodation.

2. Count V should be dismissed because under Indiana law, promissory estoppel cannot be established without reasonable reliance on a promise. Mr. Doe has offered only conclusory allegations of reliance but has not pleaded any facts to support his allegation.

3. Count VII should be dismissed because negligent infliction of emotional distress is not a stand-alone tort claim in Indiana under the circumstances of Mr. Doe's complaint.

WHEREFORE Defendant University of Notre Dame respectfully requests the dismissal of Counts II, III, V, and VII of Mr. Doe's Complaint with prejudice and all other just and appropriate relief.

Date:  June 2, 2017                                      Respectfully submitted,

                                                                  s/*Damon R. Leichty*
Damon R. Leichty
Kelly J. Hartzler
Eileen S. Pruitt
BARNES & THORNBURG LLP
700 1st Source Bank Center
100 North Michigan Street
South Bend, Indiana 46601-1632
Telephone: (574) 237-1184
Dleichty@btlaw.com
Khartzler@btlaw.com
Epruitt@btlaw.com

*Attorneys for Defendant University of Notre Dame*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2017, a copy of the foregoing was filed electronically and notice of this filing was sent to all CM/ECF-registered counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                                  s/*Damon R. Leichty*