UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN DOE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NOTRE DAME UNIVERSITY, )<br>)<br>Defendant. ) | CIVIL NO. 3:17-CV-298-PPS-MGG |

**O R D E R**

Plaintiff, by counsel, having filed his Motion for Extension of Time to Submit Settlement Conference Memoranda to July 19, 2017, and the Court being duly advised, grants said Motion.

IS IT THEREFORE ORDERED that the parties shall have to and including July 19, 2017, within which time to submit their confidential settlement memoranda.

SO ORDERED on July 17, 2017.

S/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge