## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF INDIANA – SOUTH BEND DIVISION

| | | |
|---|---|---|
| JOHN DOE, | : | |
| | : | |
| | : | |
| | : | |
| Plaintiff, | : | 3:17-cv-298 |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF NOTRE DAME, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR EXPEDITED BRIEFING

Plaintiff John Doe respectfully requests an expedited briefing schedule for his simultaneously filed Motion for Partial Summary Judgment.  In support of this Motion, Plaintiff states as follows:

1.      On August 3, 2017, Plaintiff John Doe filed a Motion for Partial Summary Judgment as to liability on his breach of contract claim.

2.      N.D. Ind. L.R. 56-1 sets forth that a party opposing a motion for summary judgment must file and serve its response "within 28 days after the movant serves the motion[.]" Thereafter, the "movant may file a reply brief within 14 days after a response is served." N.D. Ind. L.R. 56-1(b)-(c).

3.      Due to the time sensitivities in this case, Plaintiff requests that Notre Dame have twenty-one (21) days (or by August 24) to respond to Plaintiff's Partial Motion for Summary, with Plaintiff thereafter having seven (7) days (or by August 31) to file a Reply to the Response.

4.      This expedited briefing schedule could significantly aid the parties to obtain clarity in the hope that the case can be resolved without the time and expense of full discovery,

including depositions, the bulk of which are scheduled to take place beginning in mid-September 2017.

5.     The expenses associated with preparing for and taking these depositions would be substantial for both parties.

6.     The proposed briefing schedule is equitable in that it decreases the total time for each party to file its response or reply by seven (7) days.

7.     In addition, the proposed briefing schedule is adequate in that Plaintiff's Motion for Partial Summary Judgment is narrow and based on the findings made in this Court's May 8, 2017 Amended Order granting Plaintiff's preliminary injunctive relief, which addressed at length the issues related to the breach of contract claim, following the April 28, 2017 hearing.

8.     On this basis, Plaintiff requests this Honorable Court enter the attached order.

**WHEREFORE**, Plaintiff John Doe respectfully requests that this Court enter the attached order requiring the University of Notre Dame to respond to the Motion for Partial Summary Judgment within twenty-one days (21) from the date of this filing, with an additional seven (7) days for Plaintiff John Doe to file a reply in further support.

/s/ Peter J. Agostino
Peter J. Agostino, Esquire (#10765-71)     Patricia M. Hamill (*Pro hac vice*)
Stephanie L. Nemeth (#25721-71)            Andrew S. Gallinaro (*Pro hac vice*)
Anderson Agostino & Keller, PC             Conrad O'Brien PC
131 South Taylor Street                    Centre Square, West Tower
South Bend, IN 46601                       1500 Market Street, Suite 3900
P: 574-288-1510                            Philadelphia, PA 19102-2100
F: 574-288-1650                            Ph: (215) 864-9600
Email: agostino@aaklaw.com                 Email: phamill@conradobrien.com
        nemeth@aaklaw.com                           agallinaro@conradobrien.com

August 3, 2017

### <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on August 3, 2017, I electronically filed the

foregoing with the Clerk of the Court using CM/ECF system which sent notification of such

filing to:

    Damon R. Leichty at damon.leichty@btlaw.com
    Eileen S. Pruitt at eileen.pruitt@btlaw.com
    Kelly J. Hartlzer at kelly.hartzler@btlaw.com
    Benjamin M. Blatt at bblatt11@gmail.com

                /s/ Peter J. Agostino
              Peter J. Agostino