UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:17-CV-298-PPS-MGG |
| ) | |
| NOTRE DAME UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO RESET SETTLEMENT CONFERENCE

Plaintiff, John Doe, by his attorneys, request the Court reset the settlement conference and in support states:

1. A continuation of the previously held settlement conference has been set for August 14, 2017.

2. It has come to the attention of counsel for Plaintiff that Defendant's counsel, Damon Leichty, is unavailable on August 14, 2017.

3. However, all parties and attorneys have determined that they are available on August 24, 2017.

4. As such, Plaintiff requests the Court, if it is available, reset the settlement conference currently set for August 14, 2017 to August 24, 2017.

WHEREFORE, Plaintiff John Doe, by counsel, respectfully requests the Court vacate the August 14, 2017 settlement conference and reset the settlement conference to August 24, 2017, and for all other just and proper relief.

Respectfully submitted,

s/ Peter J. Agostino_____
Peter J. Agostino       (#10765-71)
Stephanie L. Nemeth                (#25721-71)
ANDERSON AGOSTINO & KELLER, P.C.
131 South Taylor Street
South Bend, IN  46601
Telephone:  574.288.510
Facsimile:  574.288.1650

Patricia H. Hamill (*Pro Hac Vice*)
Andrew S. Gallinaro (*Pro Hac Vice*)
CONRAD O'BRIEN
1500 Market St., Room 3900
Philadelphia, PA  19102
Telephone:  215.864.8071
Facsimile:  215.864.0793
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 3rd day of August, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Damon R. Leichty at damon.leichty@btlaw.com
Eileen S. Pruitt at eileen.pruitt@btlaw.com
Kelly J. Hartzler at kelly.hartzler@btlaw.com
Benjamin M. Blatt at bblatt11@gmail.com

s/  Peter J. Agostino_____
Peter J. Agostino                    (#10765-71)