UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 3:17CV298-PPS/MGG |
| | ) | |
| UNIVERSITY OF NOTRE DAME, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff John Doe's Motion for Expedited Briefing [DE 82] is DENIED.

Briefing of John Doe's Motion for Partial Summary Judgment [DE 80] shall proceed as follows. Defendant's response to the motion will be due 28 days after the pending settlement conference, which is currently set for August 24, 2017. Plaintiff's reply will be due 14 days after the filing of the response.

**SO ORDERED**.

ENTERED: August 4, 2017

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT**