UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:17-cv-298 |
| vs. | ) |
| | ) |
| NOTRE DAME UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT UNIVERSITY OF NOTRE DAME'S MOTION TO EXTEND DISCOVERY DEADLINE**

Defendant University of Notre Dame ("Notre Dame"), by and through its attorneys, Riley Safer Holmes & Cancila LLP ("RSHC"), hereby moves for an order extending the fact and expert discovery deadlines contained within the Court's Scheduling Order (Dkt. 69) by 30 days. In support of its motion, Defendant states the following:

1.  On April 20, 2017, Plaintiff John Doe initiated the above-captioned action against Defendant Notre Dame.

2.  On June 29, 2017, the parties appeared before the Court for their Fed. R. Civ. P. Rule 16 Conference, after which the Court issued its Scheduling Order and Memorandum of Status Conference ("Scheduling Order"). (Dkt. 69.) Pursuant to the Court's Scheduling Order (Dkt. 69), the last date for the completion of all discovery is October 31, 2017.

3.  Pursuant to the Court's Scheduling Order (Dkt. 69), the parties have exchanged initial disclosures, propounded numerous written discovery requests, engaged in letter correspondence and meet-and-confers regarding discovery issues, and have collected, reviewed, and produced thousands of pages of documents in response to those requests.

4. On or about August 11, 2017, RSHC was retained by Notre Dame to represent it as the case proceeds through discovery and to trial. Barnes & Thornberg, Notre Dame's prior counsel, has been working hand-in-hand with RSHC to effect a smooth transition, including the continuation of discovery, responses to motion, and negotiations with Plaintiff's counsel.

5. Notre Dame respectfully requests that the Court extend the deadlines contained in the Court's Scheduling Order by 30 days. This request is made for the following reasons.

6. First, undersigned counsel, which was retained a little more than two weeks ago, requires the additional time to review the current record, review documents and interview witnesses, and to prepare its defense of Notre Dame. As the Court is aware, the parties, including Defendant's new counsel at RSHC, spent significant time preparing for and conducting good-faith settlement discussions before the Court. Those efforts have continued through today.

7. Second, although discovery is underway, the process of producing documents to Plaintiff's counsel has been delayed by the need for Notre Dame to comply with requirements imposed by the Family Educational Rights and Privacy Act of 1974 (FERPA), 20 U.S.C. § 1232g. As the Court is aware, this case involves the claims and defenses of two university students, as well as numerous other student witnesses, which has required extensive time to ensure Notre Dame's compliance with FERPA. Complying with FERPA requires redaction of any information appearing in discovery documents that could be used to identify university students. This includes all "personally identifiable information," including the student's name, the name of the student's parent or other family member, the student's address, any personal identifier (social security number, student ID number, etc.), personal characteristics that would make the student's identity easily traceable, or other information that would make the student's identity easily traceable. Although Notre Dame has been diligently working to comply with this Court's Scheduling Order,

and has produced documents on a rolling basis to allow adequate time for FERPA redactions, there are still numerous documents that must be reviewed and redacted prior to production.

8.  Third, Plaintiff has, in the last week, submitted additional written discovery requests, which will require Notre Dame to search for, collect, review, and produce additional responsive, non-privileged documents.

9.  Lastly, Plaintiff's counsel has noticed nine (9) depositions of Notre Dame employees, to begin on September 11, 2017 and to conclude on September 26, 2017.  Undersigned counsel has been working with Notre Dame to determine these witnesses' availabilities on the dates requested.

10. In addition to the above, the Court has not yet entered its order on Notre Dame's partial Fed. R. Civ. P. 12(b)(6) motion, which has not triggered the time for Notre Dame to submit its Answer.

11. Pursuant to Fed. R. Civ. P. 16(b)(4), the case schedule may be modified for good cause and with the judge's consent, and this Court has discretion to grant Notre Dame's request to modify the discovery deadline.

12. In light of the foregoing, Notre Dame believes good cause exists to extend the discovery deadline by 30 days, to December 1, 2017, which would provide sufficient time to redact and produce all non-privileged, responsive documents, provide both parties with full access to all responsive, non-privileged documents prior to scheduling depositions, allow new counsel to prepare its defense, and allow Notre Dame time to submit its Answer.

13. Notre Dame does not seek an extension to file its response to Plaintiff's pending partial motion for summary judgment, nor does it believe that its present request will in any way delay the trial date in this matter, which § 2.03 of the Northern District of Indiana Civil Justice

Expense and Delay Reduction Plan suggests should be "as soon as reasonably practicable and within eighteen months if possible."

14. Counsel for Notre Dame has sought concurrence from Plaintiff's counsel in the relief sought herein, but counsel, citing the facts and circumstances of this case, informed that they could not consent to defense counsel's request.

15. Because the discovery deadline has not yet passed, and because neither the current briefing schedule nor ultimate trial date will be delayed as a result of Notre Dame's request for a 30-day extension on the discovery deadline, no prejudice or manifest injustice will result to Plaintiff.

WHEREFORE, Defendant University of Notre Dame respectfully requests this Court to grant its Motion to Extend the Discovery Deadline.

Dated: August 31, 2017

Respectfully submitted,

By: /s/ *Sandra L. Musumeci*
Sandra L. Musumeci (*pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
1330 Avenue of the Americas, 6th Floor
New York, New York 10019
Phone: 212-660-1032
Fax:    212-660-1001
Email: smusumeci@rshc-law.com

*Attorney for Defendant*
*University of Notre Dame*

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, a copy of the foregoing was filed electronically and notice of this filing was sent to all CM/ECF-registered counsel of record by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

/s/ *Matthew P. Kennison*
Matthew P. Kennison

4