# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | |
|---|---|
| John Doe ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:17-cv-00298 |
| University of Notre Dame ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

University of Notre Dame.

Date:   09/08/2017

/s/ Matthew Kennison
*Attorney's signature*

Matthew Kennison P79653
*Printed name and bar number*
121 W. Washington St., Suite 402
Ann Arbor, MI 48103

*Address*

mkennison@rshc-law.com
*E-mail address*

(312) 471-8758
*Telephone number*

(312) 471-8701
*FAX number*