# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana  ▼

| | |
|---|---|
| John Doe | ) |
| *Plaintiff* | ) |
| v. | ) |
| University of Notre Dame | ) |
| *Defendant* | ) |

Case No.   3:17-cv-00298

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

University of Notre Dame                                                                                    .

Date:     09/08/2017

/s/ Matthew Kennison
*Attorney's signature*

Matthew Kennison P79653
*Printed name and bar number*
121 W. Washington St., Suite 402
Ann Arbor, MI 48103

*Address*

mkennison@rshc-law.com
*E-mail address*

(312) 471-8758
*Telephone number*

(312) 471-8701
*FAX number*