UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )     3:17CV298-PPS/MGG |
| | ) |
| UNIVERSITY OF NOTRE DAME, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Judge Gotsch has advised me that counsel report a "settlement in principle" of this case, within a larger effort to resolve other related matters. In reliance on that report, I will stay the case and temporarily relieve the parties of deadlines relating to pending motions.

**ACCORDINGLY:**

This action is **STAYED** pending the parties' participation in settlement negotiations, and all deadlines applicable to the briefing of pending motions are likewise stayed.

Plaintiff's counsel shall file a status report on settlement negotiations no later than **Friday, October 6, 2017.**

**SO ORDERED**.

ENTERED: September 13, 2017

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**