UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 3:17-CV-298-PPS-MGG |
| | ) | |
| NOTRE DAME UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT**

Plaintiff, John Doe, by counsel, provides the following status report pursuant to this Court's Order dated September 13, 2017. Plaintiff and University of Notre Dame have reached an agreement in principle to fully resolve this lawsuit. That agreement is contingent on the resolution of certain related disputes between Jane Roe and John Doe, one of which may need University consent. Counsel for John Doe is in the process of negotiating a resolution of those related issues with counsel for Jane Roe. Accordingly, John Doe respectfully requests that the Court maintain the temporary stay in order to facilitate the ongoing efforts of the parties to fully and finally resolve this matter and its related matters.

Respectfully submitted,

s/ Stephanie L. Nemeth
Stephanie L. Nemeth           (#25721-71)
Peter J. Agostino             (#10765-71)
ANDERSON AGOSTINO & KELLER, P.C.
131 South Taylor Street
South Bend, IN  46601
Telephone: 574.288.510
Facsimile: 574.288.1650

Patricia H. Hamill (*Pro Hac Vice*)
Andrew S. Gallinaro (*Pro Hac Vice*)
CONRAD O'BRIEN
1500 Market St., Room 3900
Philadelphia, PA  19102
Telephone:  215.864.8071
Facsimile:  215.864.0793

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 6th day of October, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Damon R. Leichty at damon.leichty@btlaw.com
Eileen S. Pruitt at eileen.pruitt@btlaw.com
Kelly J. Hartzler at kelly.hartzler@btlaw.com
Benjamin M. Blatt at bblatt11@gmail.com
Sandra L. Musumeci at smusumeci@rshc-law.com
Ronald S. Safer at rsafer@rshc-law.com
Ryan P. Poscablo at rposcablo@rshc-law.com
Joy L. Anderson at janderson@rshc-law.com
Matthew Kinnison at mkennison@rshc-law.com

　　　　　　　　　　　　　　　  s/ Stephanie L. Nemeth
　　　　　　　　　　　　　　Stephanie L. Nemeth            (#25721-71)

2