UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 3:17CV298-PPS/MGG |
| ) | |
| UNIVERSITY OF NOTRE DAME, ) | |
| ) | |
| Defendant. ) | |

## ORDER

I have reviewed plaintiff John Doe's report on the status of settlement negotiations in and affecting this case, and am willing to temporarily extend the stay entered on September 13, 2017, subject to further reports on the progress of negotiations.

**ACCORDINGLY:**

Plaintiff's counsel shall file a status report on settlement negotiations no later than **Friday, November 10, 2017.**

**SO ORDERED**.

ENTERED: October 10, 2017

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**