UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA – SOUTH BEND DIVISION

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : CASE N0. 3:17-cv-298-PPS-MGG |
| v. | : |
| UNIVERSITY OF NOTRE DAME, | : |
| Defendant. | : |

## STATUS REPORT

Plaintiff John Doe provides the following status report pursuant to this Court's Order dated October 10, 2017. Plaintiff and University of Notre Dame have reached an agreement in principle to fully resolve this lawsuit, and John Doe and Jane Roe also have now reached a resolution, including the University as needed. All terms are being memorialized in final written agreements among all those concerned. Accordingly, John Doe respectfully requests that the Court maintain the temporary stay to facilitate ongoing efforts to finally resolve this and related matters and to submit an appropriate stipulation to dismiss.

    s/ Peter J. Agostino
Peter J. Agostino, Esquire (#10765-71)   Patricia M. Hamill (*Pro hac vice*)
Stephanie L. Nemeth (#25721-71)   Andrew S. Gallinaro (*Pro hac vice*)
Anderson Agostino & Keller, PC   Conrad O'Brien PC
131 South Taylor Street   Centre Square, West Tower
South Bend, IN 46601   1500 Market Street, Suite 3900
P: 574-288-1510   Philadelphia, PA 19102-2100
F: 574-288-1650   Ph: (215) 864-9600
Email: agostino@aaklaw.com   Email: phamill@conradobrien.com
      nemeth@aaklaw.com         agallinaro@conradobrien.com

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 10th day of November, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Damon R. Leichty at damon.leichty@btlaw.com
Eileen S. Pruitt at eileen.pruitt@btlaw.com
Kelly J. Hartzler at kelly.hartzler@btlaw.com
Benjamin M. Blatt at bblatt11@gmail.com
Sandra L. Musumeci at smusumeci@rshc-law.com
Ronald S. Safer at rsafer@rshc-law.com
Ryan P. Poscablo at rposcablo@rshc-law.com
Joy L. Anderson at janderson@rshc-law.com
Matthew Kinnison at mkennison@rshc-law.com

                                           s/ Peter J. Agostino
                                           Peter J. Agostino                 (#10765-71)