UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 3:17CV298-PPS/MGG |
| | ) | |
| UNIVERSITY OF NOTRE DAME, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

John Doe's status report filed November 10, 2017 [DE 105] advises that the parties to this and related matters have all reached agreement to resolve their disputes.

ACCORDINGLY:

Plaintiff John Doe's counsel shall file, **within thirty (30) days of the date of this order**, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a motion for the entry of a consent judgment.

**SO ORDERED**.

ENTERED: November 13, 2017

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**