## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **3:17CV298-PPS/MGG** |
| | ) | |
| **UNIVERSITY OF NOTRE DAME,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

In light of the reported settlement of this case and the recent order requiring the filing of

a dispositive document within 30 days, the pending motion to dismiss [DE 59], motion for partial

summary judgment [DE 80], motion for extension of time to complete discovery [DE 96] and

motion for hearing [DE 97] are DENIED WITHOUT PREJUDICE.

**SO ORDERED**.

ENTERED: November 14, 2017

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**