**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  3:17-cv-00298 |
| | ) | |
| UNIVERSITY OF NOTRE DAME, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff John Doe and Defendant University of Notre Dame du Lac, by their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this case in its entirety, with prejudice, with the parties to bear their own fees and costs. In addition, the parties stipulate and jointly request that the Court vacate its May 8, 2017 Amended Preliminary Injunction Opinion and Order (entered as Dkts. 45 and 47) in the entirety. The parties have submitted a form of order for these purposes.

Dated: December 22, 2017


 /s/*Patricia Hamill*                                                  /s/ *Damon R. Leichty*
Patricia M. Hamill                                   Damon R. Leichty
Andrew S. Gallinaro                                 Eileen S. Pruitt
CONRAD O'BRIEN PC                                BARNES & THORNBURG LLP
Centre Square, West Tower                       700 1st Source Bank Center
1500 Market Street, Suite 3900                  100 North Michigan Street
Philadelphia, PA  19102-2100                    South Bend, IN 46601
Telephone (215) 864-8071                         Telephone: (574) 233-1171
phamill@conradobrien.com                      damon.leichty@btlaw.com
agallinaro@conradobrien.com                   eileen.pruitt@btlaw.com

*Attorneys for Mr. John Doe*                     *Attorneys for Defendant*
                                                              *University of Notre Dame*


DMS 11180253v3