UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:17CV298-PPS/MGG |
| | ) |
| UNIVERSITY OF NOTRE DAME, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff John Doe and Defendant University of Notre Dame du Lac have stipulated to the dismissal of this case in its entirety with prejudice and have jointly requested that the Court vacate its May 8, 2017 Amended Preliminary Injunction Opinion and Order [DE 45 and 47].

ACCORDINGLY:

The parties' Stipulation to Dismiss [DE 110] is SO ORDERED.

The case is DISMISSED in its entirety WITH PREJUDICE, the parties to bear their own costs and fees.  The May 8, 2017 Order (DE 45 and 47) is VACATED.

SO ORDERED this 27th day of December 2017.

          /s/ Philip P. Simon
    Philip P. Simon
    Judge, United States District Court

Distribution: Counsel of Record

DMS 11180335v3